# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## SUSANVILLE/REDDING BRANCH

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | VIOLATION NO. L0106363 |
| Plaintiff,        ) | **ORDER TO APPEAR** |
| vs.        ) | |
| Lori McClendon Burns        ) | |
| Defendant.        ) | |

YOU ARE HEREBY ORDERED to appear before a United States Magistrate Judge in Sacramento, California, at 501 I Street, in the Magistrate Courtroom on October 4, 2006 at 2:00 p.m. for further proceedings in the above entitled case.

YOU ARE FURTHER NOTIFIED that if you fail to appear on the above date, that a warrant may be issued for your arrest.

Dated: 8-16-06

Christy L. Pine
Deputy Clerk for
U.S. Magistrate Judge Craig M. Kellison

cc:  Clerk, U.S. District Court (w/Violation Notice and Statement of Probable Cause)
     Pat Mikel, U.S. Attorney's Office (w/Violation Notice and Statement of Probable Cause)
     Lupe Hernandez, Federal Public Defender's Office (w/Violation Notice and Statement of Probation Cause)
     Duty Magistrate Clerk (w/Violation Notice and Statement of Probable Cause)